F.d. 11590052

AO 442 (12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

**COPY**

UNITED STATES OF AMERICA,

vs.

KIARA JONES
**AGENT TO ARREST**

**WARRANT FOR ARREST**

CASE NO. 1:23-CR-269

To:   The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest KIARA JONES and bring him or her forthwith to
the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy Possession with Intent to Distribute a
Controlled Substance; Possession with Intent to Distribute a Controlled Substance

in violation of **21 U.S.C. 846**

KEVIN P. WEIMER
Name of Issuing Officer

*Amanda Zenkowsky*
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

August 23, 2023  at  Atlanta, Georgia
Date and Location

Bail Fixed at  $_____

By:_____
Name of Judicial Officer

AUG 23 '23 PM 1:32 USMS NGA

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received:   _____

Date of Arrest:   _____

_____
Name and Title of Arresting Officer

_____
Signature of Arresting Officer